**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE MACNEIL STUDIO LTD.,

      Plaintiff,                                  Case No.: 1:26-cv-04471

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | yayue23624 |
| 2 | wang juanstore |
| 3 | 数字绘画 DIY |
| 4 | qixianchaozhongshangmaoyouxiangongsi |
| 5 | doujianqiang |
| 6 | ybbaxu |
| 7 | tenghaojiesdaidhiashdiasd |
| 8 | GOOD PAPA |
| 9 | Love Fashion Live |
| 10 | The Cozy Corner Art |
| 11 | BIVINAR |
| 12 | Home scouring pads |
| 13 | Hanshe Home life |
| 14 | Strange Life EE |
| 15 | ArtisanCanvashop |
| 16 | homeofart |
| 17 | Goods Cheap Shop Outdoors |
| 18 | WBMHa |
| 19 | ZZNING |
| 20 | LYYXIYUAN |
| 21 | WBLTY |
| 22 | maikoo.com |

| 23 | madewithdiamonds.com |
|----|----------------------|
| 24 | diveros.com |
| 25 | petsbynumbers.com |
| 26 | diamondpaintingpro.com |
| 27 | paintbynumbershome.com |
| 28 | swynk.com |
| 29 | countrytowngirls.com |
| 30 | ilovediyart.com |
| 31 | americanwalldecor.com |
| 32 | maddycharts.com |
| 33 | geckocustom.com |
| 34 | Vibe Canvas Co. |
| 35 | VASTYWE SHOP |
| 36 | HSXART |