**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE MACNEIL STUDIO LTD.,

      Plaintiff,                                  Case No.: 1:26-cv-04471

v.                                        Judge Martha M. Pacold

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1   | WBLTY     |

1